

# MANDATE

## The Fourteenth Court of Appeals

### NO. 14-15-00214-CV

Robin Kay Wilson, Appellant

v.

Oak of Woodforest III LTD d/b/a Pines of Woodforest, Appellee

Appealed from the County Civil Court at Law No. 1 of Harris County. (Tr. Ct. No. 1042867). Opinion delivered Per Curiam.

**TO THE COUNTY CIVIL COURT AT LAW NO. 1 OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on July 2, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

Today the Court heard the parties' joint motion to vacate the judgment signed by the court below on February 9, 2015. Having considered the motion and found it meritorious, we order the judgment **VACATED AND REMAND** the cause to the trial court for proceedings in accordance with this Court's opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, July 03, 2015.

**CHRISTOPHER A. PRINE, CLERK**